UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 20-03453-CJC (JEMx) | Date | March 3, 2021 |
|---|---|---|---|
| Title | Gabriel Dorsey v. Royal California, LLC et al | | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Cheryl Wynn
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present    None Present

**PROCEEDINGS:**   (IN CHAMBERS) ORDER DISMISSING ACTION ON MEDIATION REPORT OF SETTLEMENT

Having been advised by a Mediation Report [33] that the case was settled in its entirety on February 24, 2021 (and a mediation did not take place for that reason), the Court hereby orders this action dismissed without prejudice. The Court further orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for thirty (30) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.

- : -

Initials of Deputy Clerk:   cw