1  **SO. CAL. EQUAL ACCESS GROUP**
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   101 S. Western Ave., Second Floor
3  Los Angeles, CA 90004
   Telephone: (213) 252-8008
4  Facsimile: (213) 252-8009
   scalequalaccess@yahoo.com
5
   Attorneys for Plaintiff, GABRIEL DORSEY
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11 GABRIEL DORSEY,

12                                      Case No.: 2:20-cv-03453 CJC (JEMx)
                Plaintiff,              Hon. Cormac J. Carney
13
14       vs.
                                        **JOINT STIPULATION FOR**
15 ROYAL CALIFORNIA, LLC D/B/A          **DISMISSAL PURSUANT TO**
                                        **FEDERAL RULE OF CIVIL**
16 CHURCH'S CHICKEN; BALU               **PROCEDURE 41(a)(1)(A)(ii)**
   GADHE, AS TRUSTEE OF THE B.
17 GADHE FAMILY TRUST; and DOES
   1 to 10,
18
19              Defendants.

20

21

22

23

24

25

26

27

28

---

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff GABRIEL DORSEY ("Plaintiff") and Defendant BALU GADHE, AS TRUSTEE OF THE B. GADHE FAMILY TRUST stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

Respectfully submitted,

DATED: July 06, 2021            SO. CAL. EQUAL ACCESS GROUP

By: ___/s/  Jason J. Kim___
Jason J. Kim
Attorneys for Plaintiff

DATED: July 06, 2021            **Law Offices of John H. Everett**

By: ___/s/ John E. Everett___
John E. Everett,
Attorney for Defendant,
BALU GADHE, AS TRUSTEE OF
THE B. GADHE FAMILY TRUST

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 06, 2021            By: ___/s/ Jason J. Kim___
Jason J. Kim